FILED
2005 Nov-01  PM 04:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ] ] ] | |
| Plaintiff, | ] | CV-05-BE-1704-E |
| v. | ] ] | |
| TYSON FOODS, INC., | ] ] | |
| Defendant. | ] | |

_____

| | | |
|---|---|---|
| HENRY ADAMS, et. al., | ] ] | |
| Plaintiffs, | ] ] | |
| v. | ] ] | CV-05-BE-1720-S |
| TYSON FOODS, INC., | ] ] | |
| Defendant. | ] ] | |

## ORDER OF CONSOLIDATION

Because the parties in the above-referenced case have not objected to the court's order to show cause on the issue of consolidation, it is ORDERED that these cases be and are hereby CONSOLIDATED for discovery and pretrial purpose pursuant to Rule 42 of the Federal Rules of Civil Procedure.

These cases shall proceed collectively as *In Re Tyson Foods Litigation*,

Consolidated Case No. CV-05-BE-1704-E.  No action taken hereunder shall have the effect of making any person, firm, or corporation a party to any action in which the person or entity has not been named, served, or added as such in accordance with the Federal Rules of Civil Procedure.

DONE and ORDERED this 1st day of November, 2005.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE