# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE TYSON FOODS LITIGATION ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 05-BE-01704-E |

## PLAINTIFFS' FIRST SUPPLEMENTAL DISCLOSURES

In accordance with Rule 26(e) of the Federal Rules of Civil Procedure, the named, individual Plaintiffs in the above-captioned action hereby provide Defendant Tyson Foods, Inc. with Plaintiffs' first supplemental disclosures.

**A.    The name and, if known, the address and telephone number of individuals likely to have discoverable information that the named, individual Plaintiffs may use to support their claims.**

    1.    Kelvin Battle
           90 Blakes Ferry Road
           Lineville, AL 36266

Mr. Battle is a former employee of the Defendant and is likely to have discoverable information about the working conditions at Defendant's facility in Ashland, Alabama, including the existence of a racially hostile working environment at said facility.

2.  Trenee McMeans
    4082 Plant Road
    Talladega, AL 35160

Ms. McMeans is a former employee of the Defendant and is likely to have discoverable information about the working conditions at Defendant's facility in Ashland, Alabama, including the existence of a racially hostile working environment at said facility.

Dated:  Birmingham, Alabama
        February 10, 2006

                        Respectfully Submitted,

                        <u>/s/Brandy R. Owens</u>

                        Harlan I. Prater IV
                        Kevin E. Clark
                        Brandy R. Owens
                        **LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
                        The Clark Building
                        400 20th Street North
                        Birmingham, AL 35203
                        Telephone:  (205) 581-0700
                        Facsimile:  (205) 581-0799

                             -and-

                        George N. Davies
                        Leslie J. Horton
                        **NAKAMURA, QUINN & WALLS LLP**
                        Lakeshore Park Plaza, Suite 130
                        2204 Lakeshore Drive
                        Birmingham, AL 35209
                        Telephone:  (205) 870-9989
                        Facsimile:  (205) 803-4143

                             -and-

Audrey Wiggins
Nicole J. De Sario
Adam Stofsky
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:   (202) 628-2860

-and-

James P. Tallon
James Kim
Angeline Koo
Brynna Connolly
Ladan F. Stewart
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 848-4000
Facsimile:   (212) 848-7179

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served via U.S. Mail to the following:

>C. Emanuel Smith
>Charles Guerrier
>Mason D. Barrett
>Equal Employment Opportunity Commission
>1130 22nd Street South, Suite 2000
>Birmingham, Alabama  35205


>Esther G. Tamburo
>Donald R. Livingston
>Michele A. Roberts
>Akin Gump Strauss Hauer & Feld, LLP
>Robert S. Strauss Building
>1333 New Hampshire Ave., N.W.
>Washington, D.C.  20036-1564


>David M. Smith
>Janell M. Ahnert
>Wyndall A. Ivey
>Maynard, Cooper & Gale, P.C.
>2400 AmSouth/Harbert Plaza
>1901 Sixth Avenue North
>Birmingham, Alabama  35203


>>Respectfully submitted,


>>/s/Brandy R. Owens
>>Of Counsel