# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**In Re TYSON FOODS LITIGATION**       ]
                                        ]      **Consolidated Case No.**
                                        ]      **CV-05-BE-1704-E**
                                        ]

## DISMISSAL ORDER

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before **November 27, 2006** that final settlement documentation could not be completed. The parties have represented to the court that they will sign and file settlement documentation on or before **November 6, 2006**. If the parties fail to do so, either party shall have the right to reopen the case at that time.

DONE and ORDERED this 26th day of October 2006.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE