# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| In re TYSON FOODS LITIGATION ) | Consolidated Case No. |
| ) | CV-05-BE-1704-E |
| _____ ) | |

## JOINT MOTION TO ENTER
## CONSENT DECREE AND FINAL JUDGMENT

On November 1, 2005, this Court consolidated for discovery and pretrial purposes <u>Equal Employment Opportunity Commission v. Tyson Foods, Inc.</u>, 05-BE-1704-S, and <u>Henry Adams, et al. v. Tyson Foods, Inc.</u>, 05-BE-1720-S. Since that time these cases have proceeded collectively as <u>In re Tyson Foods Litigation</u>, Consolidated Case No. CV-05-BE-1704-E.

NOW COME THE PARTIES to these consolidated actions, the Equal Employment Opportunity Commission ("EEOC"), Henry Adams, et al. ("Individual Plaintiffs"), and Tyson Foods, Inc., by and through their representatives, and respectfully move the Court for an order:

1. Setting aside the Dismissal Order entered on October 26, 2006; and

2. Entering, in its place, the Consent Decree and Final Judgment proposed by the parties and their representatives.

In support of their motion, the Parties state the following:

1

1. The EEOC, the Individual Plaintiffs, and Tyson Foods, Inc., have conferred on this matter and negotiated the proposed Consent Decree and Final Judgment hereto attached.

2. The EEOC, the Individual Plaintiffs, and Tyson Foods, Inc., agree that the terms and provisions of the proposed Consent Decree and Final Judgment are acceptable to each party.

3. The EEOC, the Individual Plaintiffs, and Tyson Foods, Inc., agree that the proposed Consent Decree and Final Judgment is a fair and appropriate resolution for Civil Case No. 05-BE-1704-S and Civil Case No. 05-BE-1720-S.

Respectfully submitted,

ATTORNEYS FOR THE EEOC:

  /s/  C. Emanuel Smith

C. Emanuel Smith, Esq.  (MS Bar 7473)
Regional Attorney
Charles E. Guerrier (OH Bar 0023546)
Senior Trial Attorney
EEOC - Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205

ATTORNEYS FOR INDIVIDUAL PLAINTIFFS:


_/s/ Harlan I. Prater_____

Harlan I. Prater IV, Esq. (ASB-7485-T62H)
Kevin E. Clark, Esq. (ASB-3281-C57K)
Brandy Owens, Esq. (ASB-9285-B44O)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

Michael L. Foreman, Esq.
Audrey J. Wiggins, Esq.
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C.  20005

George N. Davies, Esq. (ASB-3923-A63G)
NAKAMURA, QUINN & WALLS LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, AL 35209

James P. Tallon, Esq.
James Kim, Esq.
James Athas, Esq.
Brynna Connolly, Esq.
Ladan F. Stewart, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

ATTORNEYS FOR DEFENDANT TYSON FOODS, INC.:


 _/s/ David M. Smith_____

David M. Smith, Esq. (ASB-0455-S82D)
Wyndall A. Ivey, Esq.  (ASB-0353-Y87W)
Janell M. Ahnert, Esq.  (ASB-9644-H70J)
MAYNARD COOPER & GALE PC
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35202-2618

Donald R. Livingston, Esq. (DC 436063)
Michele A. Roberts, Esq. (DC 337998)
Nilufer Loy, Esq.
AKIN GUMP STRAUSS HAUER & FELD
Robert S. Strauss Building
1333 New Hampshire Avenue NW
Suite 400
Washington, D.C. 20035-1564